JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 11-4727-JFW (JCx)**                                    Date: March 1, 2012

Title:    Jason Paschal -*v*- County of Los Angeles, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                                                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER DISMISSING CIVIL ACTION**

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    As a result, the Court dismisses this action without prejudice to the right, upon good cause shown within 60 days, to re-open the action if settlement is not consummated. During this 60 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    In the event a motion or ex parte application to re-open is not filed within 60 days, the dismissal of this action will be with prejudice.

    IT IS SO ORDERED.


Initials of Deputy Clerk  __sr__

(Rev. 2/23/12)